IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kelly Tevlin, | NO. C 06-06706 JW |
| Petitioner, | **JUDGMENT** |
| v. | |
| James E. Tilton, | |
| Respondent. | |

Pursuant to the Court's December 18, 2009 Order Denying Petition for Writ of Habeas Corpus, judgment is entered in favor of Respondent James E. Tilton, against Petitioner Kelly Tevlin.

The Clerk shall close this file.

Dated: December 18, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eric W. Conner rayrobnsn@hotmail.com
Sharon R. Wooden sharon.wooden@doj.ca.gov
Stanley Gail Trujillo ray@ericconner.com

**Dated: December 18, 2009**                    **Richard W. Wieking, Clerk**

                                                **By:   /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California